FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 8 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# GLOBAL FG ENTERPRISE, LLC.
# AGAINST
# THE UNITED STATES OF AMERICA, INC.

| | |
|---|---|
| **GLOBAL FG ENTERPRISES, LLC.**<br>**CLAIMANT**<br><br>**AGAINST**<br><br><br>**UNITED STATES OF AMERICA, INC.**<br>**RESPONDENT** | **CLAIM FOR INJURY**<br>**AND**<br>**DAMAGES**<br><br>**CIVIL ACTION NO.**<br>**1:25-mi-57-TRJ-CMS** |

Hunter Toyofuku-aki
1738 Wren Avenue
Corona, California 92879-2938
Complainant One

Lynne Toyofuku-aki
1738 Wren Avenue
Corona, California 92879-2938
Complainant Two

GLOBAL FG ENTERPRISES, LLC.
1738 WREN AVENU
CORONA, CALIFORNIA 92879-2938
Conplainant Three

Joshua Brice Pellitier
3655 Cornwall Cout
Decatur, Georgia 30032
Complainant Four

Richard Eugene Warren
First Rate Legal Consulting
151 Whitewood Road Unit 2
Charlottesville, Virginia 22901
Complainant Five

**26th Feburary 2026**

1

AGAINST

UNITED STATES OF AMERICA, INC.
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 220530-0001

DANIEL A. APPLEGATE
TRIAL ATTORNEY, TAX DIVISION
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530-0001

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
FRESNO, CALIFORNIA 93888-0025

WAD W CROWFOOT, SECRETARY
THE COMMISSIONER of the
Department of Natural Resources
715 P Street, 20th Floor
Sacramento, California 95814

Bill Chaney-CEO
Schools First Federal Credit Union
P.O. Box 11547
Santa Ana, California 92711-1547

UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

Leigh Martin May
Chif United States District Judge
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

STATE OF GEORGIA
Civil Trial Section, Central Region
P.O. Box 7238
Washington, DC 20044

US Department of Justice
Civil Trial Section, Central Region
P.O. Box 7238
Washington, DC 20044

SCHOOLS FIRST FEDERAL CREDIT UNION
15442 Newport Avenue
Tustin California 92780-6473428

ACS SUPPORT
P.O. BOX 24017
FRESNO, CALIFORNIA 93779-4017

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
ATLANTA GEORGIA
ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit
Catherine M. Salinas
Magistrate Judge

TIFFANY R. JOHNSON
United States District Judge

U.S. Department of Justice
Tax Division Appellate Section
P.O. Box 502
Washington, DC. 20044

Robert J. Branman
Attorney, Appellate Section

3

Honolulu Federal Credit Union
1138 North King Street
Honolulu, Hawaii 96817
Peter Kim-CEO

Steven Pollack, Esq.
Pollac Law, P.C.
2248 Broadway, Suite 1979,
New York, New York 10024

Comes now Richard Eugene Warren Assistance of Counsel for
GLOBAL FG ENTERPRISES, LLC. Whereby, herein and hereby we make CLAIM
against the UNITED STATES OF AMERICA, INC. Conducting business in
commerce as and for injury and damages against the herein below named parties;

Claim One:
Lack of proper juisdiction

Claim Two:
Practicing law from the bench

Claim Three:
Issuing orders without a shred of verifiable evidence.

Claim Four:
Failing to provide any accounting records.

Claim Five:
Failing to provide proper authority to issue any notice of an Amount Due as
provide by law and the Congress. See POINTS AND AUTHORITIES included
herein below.

Claim Six:
Taking without proper authority.

Claim Seven:
Violating our right of Due Process as protected by the National Constitution
and U.S.C. Title 5 § 552-557 et al.

4

**NOTE:**

Due to the actions of the Judges in this matter we intend to take this matter to the U.S. Supreme Court since by your actions, Judges, we were qualified under the Revised Supreme Court Rules and more specifically Rule 17 and 20.

The Claimants do hereby and herein issue each of you NOTICE that we are seeking a sum certain amount from each of you named herein above of twice the amounts taken from our herein above name parties by the the unlawful levy's and Liens in both your corpoarte and private capacity.

Furthermore, since the judge appointed Steven Pollack, Esq. As attorney, it will not even be considered under Ferreta v, California unless and until he provides us with a certified copy of his law license.

We reserve our right to correct any errors along the way in the interest of truth and justice.

Done by the light of day this twenty sixth day of February in the year of our Lord two thousand twenty-six anno Domini.

Respectfully Submitted, all rights reserved, without recourse,

Hunter Toyofuku-aki

Lynne Toyofuku-aki

GLOBAL PG ENTERPRISES, LLC
BY:

Joshua Brice Pelletier

Richard Eugene Warren
For First Rate Legal Consulting

5

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 8 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# NOTICE OF FAULT AND OPPORTUNITY TO CURE

You, and each of you, were served a NOTICE of legal action being taken agaisnt you and you did not respond as is required by law and have therefore acquiesed to the points raised in said NOTICE and are now in a Fault position and I am hereby granting you ten (10) days from the date you receive this NOTICE OF FAULT AND OPPORTUNITY TO CURE to do so by submitting legal verifiable evidence in rebuttal to the points raised in said legal action taken against you, which you received via certified mail which was delivered by the USPS which I have receipt of said delivery.

Your failure to respond and correct your fault will result in a DEFAULT JUDGMENT against you in both your corporate and personal capacity.

This is your final opportunity to respond and address our grievances filed by me/us against you by me, Richard Eugene Warren© as appointed legal counsel for the parties herein named above.

## NOTICE:

Since you failed to respond to my original NOTICE OF A LEGAL CIVIL ACTION FOR INJURY AND DAMAGES as is required by law, please be advised that you are now in a FAULT position and I, Richrad Eugene Warren am granting you an additional ten (10) days in which to cure same. Should you fail to do so, I will take a DEFAULT JUDGMENT against you in both your personal and corporate capacity.

As a public servant, you are required by law and by your oath of office to respond to each NOTICE OF CLAIM against you and/or your office which you swore to uphold according to the organic state and national constitution.

You are required by law to answer all claims against you or rebut same with verifiable legal and lawful evidence which you have, to date, failed to do.

**page one of two**

**NOTICE: Please do not think that this is a threat or intimidation, this is a lawful and legal action being taken against you in your personal and corporate capacity and a DEFAULT JUDGMENT will be taken against you if you fail to fulfill your oath of office.**

**If you are a civil, worker or an employee of any non-governmental agency you are still bound by law to answer or rebut said claim(s) against you, your failure to do so will be your agreement due to your having acquiesced.**

**Further, I, Richard Eugene Warren© duly appointed legal counsel herein saith naught. Done by the light of day this twentieth day of April in the year of our Lord two thousand twenty-six anno Domini**

**Sincerely and Respectfully submitted without prejudice, all rights reserved,**

*Richard Eugene Warren*

**Richard Eugene Warren**
**First Rate Legal Consulting**
**Duly appointed legal counsel**
**Without Recourse**

# POINTS AND AUTHORITIES

This letter is being addressed to all recipients as their NOTICE of liability in this matter. To the Internal Revenue Service for its improper presumptions and actions, to the Commissioner of the Department of Natural Resources for allowing the recording and publication of improper Notices of Liens and Levies, to the Bank and its CEO for accepting or allowing improper collection activities against an American PERSON, and to the Courts for allowing improper taking and obstruction of program dividends owed to me. These are criminal acts in perpetration and criminal acts in neglect as accomplices.

This is also your NOTICE that I am not a member of any religious cult embraced by Municipal "citizens of the United States," not a Territorial United States Citizen residing in any State of State, not an incorporated entity, not the owner or operator of any incorporated offshore business enterptise engaged in any activity related to the interstate manufacture, transport, or sale of alcohol, tobacco, or forearms and not otherwise the employer, owner, or operator of any offshore business engaged in Federal income-producing activity related to any agricultural, residential or commercial property subject to Territorial or Municipal jurisdiction.

I am a State Citizen of the United States, the Owner of Record and Holder in Due Course of all Trademarks/TRADEMARKS and copyrights associated with my Lawful Person, however styled, ordered, punctuated, or spelled: these are private assets and I do not authorize any administration of these assets for the benefit of Third Parties. This is your Notice of my acceptance of your oaths and offices and commission pleges to operate in a lawful manner and my recognition of foreign efforts to imperonate me and deprive me of my IV Amendment Guarantees and Due Process by means of virulent fraud.

**WARNING - NOTICE to all IRS officers, agents, and employees in this _____, _____ office - related to** this office's confession to committing a crime by attempting to use a CCP504 Amount Due notice - a tax collection attempt / action not authorized by Congress.

Please give this legal Notice to the highest ranking manager In this office or to this office's legal department, due to its contractual content and its legal importance. If you are not a licensed to practice law, you must forward this reply notice to someone who is, as you are not legally qualified to render a legal determination on this    CP504 matter nor any other Notice of an Amount Dues document.

1

You are being referred to IRC sec. 7608 IRS Enforcement Subtitle E - the letter E stands for "Enforcement. "IRS agents that are only trained and authorized to act as "**ADMINISTRATIVE**" agents - refered to as "A" agents - are not authorized to act as "E" (Enforcement) agents. Is anyone in your office an "E" type agent? I understand that you are all "A" Administrative agents only? An "A" agent / officer has no enforcement rights to take or attempt to take or collect someone's assets or Federal Reserve Notes that is using tax code section numbers UNDER 7000.

Your office is illegally using IRC code sections under 7000. Your office is not lawfully allowed by Congress to use code see cod sections below 7000 - related to your subject CP504 "Amount Due" notice. IRC code sections below 7000 are merely "Administrative" codes - not Enforcement code sections 7608 - Enforcement regulations - only apply t Title 27 - Alcohol, Tobacco, & Firearms (ATF) "activities." I demand to see proof that I am involved in any ATF activities related to your CP504 Amount Due claim.

Your subject CCP504 notice is obviously an "enforcement" action emanating out of this office. Only an "E" (enforcement) type IRS officer allowed to impose "enforcement" action to collect alleged Amounts Due "ONLY" related to ATF activities. "E" type IRS agents using code section numbers 7000 and above, related to tax collection actions, "only" apply to ATF activities. I have never been involved in any ATF related activities. "Activity" is always the "subject" of the tax - "income" is never the subject of tax - it's only a means of calculating the tax, provided I am involved in an ATF activity or some other excise taxable "activity" which I am not.

This is my response to the IRS's CP504 notice dated <u>August 21, 2025</u> that is claiming a $<u>141,777.58</u> Amount Due for <u>2024</u> (see page one of IRS CP504 or other such form enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP504 Amount Due claim will be invalid. I AGREE TO PAY ALL AMOUNTS DUE AS REFERENCED IN THE IRS'S CP504 NOTICE (or any other IRS authorized form [enclosed or on record] now existing.

I agree to settle on all amounts the IRS and your office is claiming I am liable for, CONDITIONED upon your office or any other IRS office, providing me with two Documents that are required by law to be given me upon my request herein - related to the subject CP504 notice or (any other form) and my desire and intension to discharge all Amounts Due.

2

Before I settle and discharge all Amounts Due the IRS is claiming I owe, your office will have to first provide me with certain information I am entitled to, based on the tax statutes approved and authorized by Congress. To confirm and verify the CP504 (or any other form) Amount Due from your CP504 (or any other IRS form CP form provided by your office. I am advised by legal counsel that conditions precedent below must first be complied with to verify the IRS's claim for the $141,777.28 amount your office is claiming to be due.

1. Please send me the "implementing" tax code regulation (just the number) that has been promulgated in the Code of Federal Regulations (CFR), IN THE Federal Register, that gives the IRS and your office the **"authority"** and **"right"** to send a CP504 or even a CP19 or any other form Amount Due notice. My legal counsel and tax advisor and I have not been able to find the IRC / CFR implementing "regulation" that gives the I.R.S. and your office the "authority" and "right" to send me a CP504, CP49. Or any other form amount due notice.

2. ALL IRS CP504, CP49. Or other related collection actions your office is proposing, typically stem from a CP15 notice or a CP501 or a CP504 notice. My legal counselors and I have not been able to find the "Enforcement" Regulation for any 26 U.S.C. or IRC code sections in the IRC that the IRS might claim as their "right" and "authority" to send a CP15. CP501.

3. **According to my legal counsel and IRS regulations, there are no "Enforcement Regulations" giving the IRS "authority" from Congress** in the legally required - cross referencing Parallel Table of Authority and in Subtitle F for Title 26, that give any legal "right" from Congress, to the IRS, to send me any type of a CP Amount Due notice.

4. Before the IRS's CP504 notice or any other CP numbered form has any legal force and effect, my tax counselors inform me that the **IRS has to include in all their "Notices" of tax amounts due - either the IRC "implementing" regulations or the "enforcement" regulation that give the IRS their "authority" and "right"** to send a CP504 or notice, related to the subject CP49 notice herein. The IRS's subject CP49 and CP504 dated August 21, 2024 enclosed, did not mention in this "Amount Due" notice, what the IRS's 'authority' and 'right' is to send this notice, similar to how the IRS's CP15 notice settles that their right to send their CP15 notice is IRC section 6702(a). However, section 6702(a) has no Enforcement Regulation from Congress that give the IRS any authority or right to send a CP15 notice.

5. The subject CP49 and CP504 notice says the following...our [IRS] records show you have unpaid taxes for the year ending 2024, however, this notice did not specify what kind of "taxes" are unpaid. Would you please tell me what kind of taxes are unpaid?

3

There are many dozens of types of taxes you might be referring to on page one of the CP49-CP504 notice you sent. Being more specific and less vague would be very helpful to me and appreciated in my efforts and desire to reach a final settlement on all amounts supposedly owed.

Without the required by law promulgated **"implementing regulation" and the cross referencing "enforcement" regulation** in the Parallel Table of Authority - applicable to your CP49 and CP504 notice, any further IRS collection actions will be a violation of IRS regulations and my Fifth Amendment (to the Constitution 1787) protected Natural Rights of due process of law and too many other U.S.C. Title and code section violations to mention at this time.

6. The subject CP49 and CP504 notice *said* on *page one*- ..."we may levy your property or rights to property... ." My legal counsel informs me that **the IRS cannot file a valid levy against me** without first aiding by certain lawful due process of law steps, which include first sending a Notice of Intent to Lien that would give the recipient the right to "cure" all tax amounts lawfully claimed to be owed, before an actual Lien or Levy was filed by the IRS and a Notice of Intent to Lien and Levy is not a valid Lien or Levy.

**I am agreeing to discharge all amounts lawfully due, conditioned upon your office and the IRS providing me with only two items of information, required by law, to VERIFY your claim for a $141,777.28 amount due- 1. The implementing or enforcement regulation for your CP49 and CP54 and 2. A final Amount Due statement signed-off by a high level IRS officer under penalty of perjury.**

7. Can the IRS impose a levy on the government created *Cestui Que Vie* trust entity named **RICHHARD EUGENE WARREN** - the fictitious entity the IRS sent the subject CP49 and CP504 notice to, before they sent "it" a Notice of Intent to Lien? I, **Richard Eugene Warren**, in my living man/woman "capacity" herein, am an entirely different legal entity compared to the government's created and controlled fiction entity they named **RICHARD EUGENE WARREN** - the actual recipient of the IRS's subject CP49 and CP504 notice. I, the living man, am not the "fiduciary" or the "surety" "agent" for the government's created and controlled "fiction" entity named RICHARD EUGENE WARREN, **and your CP49 and Cp504 notice WAS NOT SENT TO ME, the living man. It is clearly an act of impersonation pursuant to barratry and must be stopped.**

Regarding the enclosed CP49 and CP504 notice sent by the IRS to a government created "fiction" entity - this notice did not include the signature of any IRS officer. An unsigned presentment / Amount Due billing statement such as this CP49 and CP504 enclosed, according to my legal counsel and the law on valid contacts, **has no legal force & effect in law** unless signed by a high level IRS officer, according to statutes passed by Congress in D.C. and the IRS's

4

Internal Revenue Manual (IRM), provided the IRS first has legal authority from Congress to send anyone a CP54 notice.

All IRS "presentments" and "debt" claim such as the CP504 subject notice that mention a certin amount due, have to be signed off on by a high level IRS officer - **always under 28 U.S.C. section, 1746(2) and always under penalty of perjury as per IRC section 665, and all enforcement actions to "collect" taxes, penalties, and interest amounts due, have to have implementing "enforcement" regulations promulgated in the Code of Federal Regulations and be published in the Federal Register and cross-referenced in the Parallel Tables of Authority.**

**Any illegally sentmail from the IRS -representing any attempt to collect a tax "DEBT" that doesn't exist - is mail Fraud - a violation of RICO laws and a violation of the Fair Debt Collection Practices Act (FDCPA, A 1971 federal consumer-protection law that is strictly enforced- see Title 15 Ch. 41 Subchapter V sec. 1692**

8. There must be a current Total Amount Due "assessment" hence, the IRS must provide me with a CP504 related - FINAL AMOUNT DUE (billing statement), stating the exact TOTAL AMOUNT you are claiming I am "liable" for. This FINAL and TOTAL AMOUNT DUE or the year of **2025** has to be personally signed-off on by a high level IRS officer. Te IRS officer's signature on a TOTAL, Amount Due BILLING STATEMENT (True Bill) has to be signed with the officer's 'wet ink' signature (not by a computer) by a real, living IRS officer with the authority to make an accurate and final assessment of what the IRS is claiming I am liable for. Amount Due notices with someone's name signed by a computer are invalid with no force and effect in law.

A TOTAL AMOUNT DUE billing statement I am legally required to be sent - has to be signed by a living man or woman IT=RS officer - a GS-9 or above IRS officer **- or your final Amount Due billing statement will not be a valid or legal presentment contract offer and I will nor know the exact Final Amount Due that said qualified high level IRS officer is claiming I am liable for and I would have no legal liability or obligation to pay an Amount Sue statement that is defective and void on its face. It is impossible for me to pay or discharge all amounts due without first receiving a Total Amount Due (True Bill) signed off by a high level IRS officer with his/her 'wet ink' signature, so please send this Total Amount Due statement so I know how much to discharge.**

**9. 26 U.S.C. SECTION 7851 (a)(6)A) says: There is no authority for the IRS to use any 'enforcement' actions (read - money collection actions like a CP504 claim for an amount immediately due),** against an American National/non "U.S. citizen" meaning D.C., citizen) like me (with no government sources of excise

5

taxable income connected to a "trade or business" and acting in the capacity of a "public officer").

10. Until Title 26 becomes "ENACTED" - meaning - passed into "positive" law and then made applicable to the living people domiciled in the 50 states to the union (will never happen), nothing in Title 26 applies to the living men and women in the states of the union - not involved in excise taxable activities. If Title 26 has never been "enacted" ito 'positive' law, then how is it possible for the IRS's CP504 letter to apply to me, a living man, living under my Creator's laws protected by the de jure Constitutional (1787) **law of the "land" jurisdiction** in a non-domestic (not within D.C.) State of the union and with a mailing location not within the "United States" (defined in tax law as D.C.) And their **Admiralty law of the "sea" jurisdiction?**

**Michael l. White, a Federal Attorney, wrote in a letter that said: There are no enforcement regulations in the Federal Register - nor a requirement to pay income taxes.** Your office and the IRS are required by law to have a knowledgeable IRS officer provide me with the IRC regulation in Title 26 or any other U.S.C. Title that makes me "subject to" and "liable for" discharging a CP504 Amount Due notice for **2025**. Your CP504 Amount Due was not sent to me in my **living man capacity. It was sent to the government's created and controlled entity named RICHARD EUGENE WARREN and I do not know who or what this government fiction entity is and how I am not this entity's "fiduciary" agent or its "surety."**

**11. 26 U.S.C. section 7806(b) says and I paraphrase: There is no inference that any regulatin in Title 26 has any force and effect in law.** Doesn't this code section apply to IRS's June 15, 2025 CP54 notice they are recently sent to the government's created and controlled fiction trust entity named RICHARD EUGENE WARREN?

**12. 26 U.S.C. section 7408(d) says the IRS's taxing jurisdiction is limited to the ten square miles area commonly known as the District of Columbia.** Does the IRS think I, the living man, is domiciled in D.C. or in any one of its possessions or territories, or within one of its "federal zones" within the state where I live?

**13. 4 U.S.C. section 72 says the IRS tax code is not allowed to leave the ten square mile land area of the District of Columbia.** Does the IRS office that I sent the subject CP504 notice and is making a claim for amounts due - think I am domiciled or living in the District of Columbia? I have never lived nor knowingly been domiciled in D.C. and I have never knowingly been a "public officer" involved in a "trade or business" domiciled in D.C.

6

**14.** 1 U.S.C. section 204 says Title 26 is not "positive law" (never enacted beyond one day in August 1954) and therefore, is only "prima facia" and "color of law" (evidence is not proof), but a mere statutory "presumption" [by the IRS]. The IRS cannot impair my constitutionally protected - God given unalienable rights [to not volunteer to make donations to the treasury]. [emphasis added]. Does your office think Title 26 has been "enacted" into positive law and therefore, somehow applies to me, the living man, for 2025?

The IRS is required y statutes enacted by Congress, to provide me with the "implementing regulation" In the Parallel Tables of Authority that give you IRS the legal "authority" and "right"to send RICHARD EUGENE WARREN a government created: fiction entity, a CP504 notice that says, Richard Eugene Warren, the God created living man (not created or controlled by any government agency"), has to pay this CP504 $141,777.58, Amount Due. If the IRS and your office thinks RICHARD EUGENE WARREN, a government created and controlled trust entity owes $141,777.58 and to whom you sent your CP54 and CP49 notice, then why don't you end your CP504 and CP49 Amount Due statement to the Treasury and have them set-off or discharge this alleged Amount Due, as I'm not the government's fiduciary agent or surety on this amount due account.

**15.** I am not a "Federal" statutory "Individual" nor a "U.S. citizen" nor a "United States citizen" nor a "citizen of the United States" domiciled in D.C. or in one of its terrirories, and **I do ot have a Social Security # in my living man's name and to the extent that such an ACCOUNT has been established in my name by Third Prties, it is an America State PERSON on the Public Record and is tax pre-paid,** exempt from levy.

**16.** 44 U.S.C. section 1505(a) - legally requires the publishing of {IRS enforcement}"regulations' in the Federal Register and in the Code of Federal Regulations CFR) That "implement" (as in implementing regulations) any kind of tax or penalty charge [for amounts due claimed by the IRS to be owed]. [emphasis added].

CP504 tax collection actions taken against me without published "implementing regulation" authority promulgated in the Federal Register and without consent, **is a serious violation of law. According to 26 CFR 60.702(a)(ii) and 5 U.S.C. section 552a)(1) & (2), the IRS has the legal requirement to publish the implementing regulations then give the IRS "congressional authority" and its right to send their CP504 notice and many higher court case rulings have confirmed this fact (see below).**

**17.** The IRS has to have promulgated in the Federal Register, Implementing - regulations, reflecting the tax laws passed by Congress giving the IRS "authority" to even send out their CP504 notice. Where is the IRS's lawful authority

7

18.  **Administrative Procedures Act - Title 5 U.S.C. section 552(a)1) says -** Statutes) like Title 26 regulations and its CP504 notice), may not be legally enforced until implementing regulations have been published and promulgated in the Federa Register and the Code of Federal Regulations (CFR) so the living men and women in the 50 states of the Union, like me, not domiciled in D.C. know which tax regulations might apply t them and which Title 26 tax regulations "OLY" apply to government officers and statutory "persons" domiciled in D.C. or in one of D.C.'s "federal zones."

If you, your office, or the IRS cannot provide me with the promulgated implementing regulation for the IRC tax code you thin I or some government **created fictioin entity violated, related to your and the IRS's CP504 notice, within ten (10) days from the date when the IRS receives This CP504 response** and counter-offer to the IRS's CP504 or CP49 offer to contract, then yor office and the IRS will be in DEFAULT and your office will be interpreted by me and my legal counsel to be your and the IRS's admision that your office and the IRS have no - and never had any - congressional authority to send your CP504 and/or CP49 Amount Due notice.

19.  My legal counselors and tax advisors have been unable to find any promulgated "enforcement" regulations for any Title 26 code section violations that would lead to the subject CP504 or CP49 notice. There are a few Title 26 "enforcement" regulations illegally cross-referenced in the Parallel Tables of Authority and Subtitle E 'Enforcement Regulations' to cross-reference in the Parallel Table of Authority and Subtitle E 'Enforcement Regulations' to Title 27 - Alcohol, Tobacco, & Firearms (ATF), however, the law prohibits any IRS agent, officer, or employees under Title 26 to use any Title 27 'enforcement' regulation for a Title 26 violation and I have never had any involvement in ATF "activities." Does your office have any proof that I am involved with any ATF "activities"?

**1CFR 21.21© & 21.40 prohibit any Title 26 code violations to be enforced (money collection actions) byusing any Title 27 (ATF) enforcement code regulations-only applicable to Title 27 and ATF "activities" and not applicable to any Title 26 "presumed" by the IRS) Administration tax code violations.**

When you provide me with the IRS's implementing regulations related to your CP504 and CP49 presentment, and a FINAL TOTAL AMOUNT DUE STATEMENT for the exact amount I'm liable for, signed off by a high level IRS officr under penalty of perjury (IRC 6065). I will then remain in honor and discharge all tax amounts the IRS is lawfully claiming and verifying I an liable for.

8

Should you and your office disregard what is being stated by me in this Notice and file al illegal levy, you will have committed too many violations of law t mention at this time, **because I am herein remaining in honor and accepting the IRS's offer to pay the total amount due I am liable for, conditioned upon receipt of the IRS's two proof of claim items as referenced and stipulated to above.**

**The Reformation & Restructuring Act of 1998 RRA'98) says that IRS agents/ officers can be "terminated" (fired)** if they are caught trying to use Amount Due collection actions not authorized by the tax statutes passed by Congress. Anyone in your office connected to any further CP504 or CP49 Amount Due collection action not authorized by Congress, will be subject to my RRA '98 / IRC section 1203 redress complant actions and other statutory and non-statutory actions compeled to be taken by me in self-defense, in the event the IRS and this VP504 and CP49 office or any IRS office does not provide me with the two items mentioned herein above to verify their claim of an Amount Due. See the RRA '98 violations - taken from the **IRS web site.**

**IRC ccode section 7206 - Fraud and False statements.** Any IRS] person who willfully aids or assists in making a "claim" [for amounts due] which is fraudulett or false as to any material matter, shall be guilty of a felony - fined not more than $100,000 and imprisoned not more than3 years, or both, together with the cost of prosecution.

Any IRS officer practicing tax law without a license who makes an illegal and incorrect legal determination decision related to this CP504 and CP49 Amount Due claim, will be liable for damages and subject to "termination" as per RRS98 and President Trump's Tax Fairness Task Force. **If you cannot or will not verify your Amount Due claim by providing me with just These two things above, then you must immediately Cease and Desist any further illegal collection actions against me, the living man.**

It is my recommendation that you view the list of Title **26 USC - Subtitle F - Enforcement Regulations that DO NOT LIST any valid "enforcement regulations" or IRS "authority"connected to Title 26 or to CP504 and CP49 Amount Due notice.** As per 1 CFR 21.21© and numerous higher cort rulings, the IRS is "prohibited" - meaning it cannot use Title 27 ATF) enforcement regulations for any "presumed" (by the IRS) Title 26 code violations or an illegal tax Amount Due.

You are required by law to provide me with the enacted "enforcement regulation" giving the IRS "authority" to send their CP504 or CP49 Amount Due notice and a FINAL AMOUNT DUE and 28 U.S.C. 17462), so I know what the presumed Final Total Amount Due is the IRS and your office is claiming I am lawfully liable to discharge.

9

Your CP49 and CP504 has the $141,777.58 Amount Due amount placed in a box,

Under the laws of boxing, any amount placed in a box means sais amount does not appear in the box and is thus, not due. If the subject CP504 and/or the CP49 notice was sent by mistake, please send me a correspondence within ten 100 days of your receipt of this notice and Counterclaim -telling me that your records have been corrected to now show no CP504 or CP49 amounts are due for the subject 2025 tax year.

I would like to quickly settle this matter with your office. If you do not have the authority to settle or vacate this matter asap, Please forward this to an IRS officer who does have the authority and who is knowledgeable on what your IRC and IRM regulations say, and who is authorized to come to a final closure agreement with me on this matter.

In my living man capacity, all rights reserved, without prejudice, without recourse, in good faith, in peace, not a "U.S. citizen," not domiciled in the "United State" not in D.C. with no Social Security number or car in my living man name.

Sincerely,

**/S/Richard Eugene Warren**

10

# COVER LETTER

## NOTICE TO RECIPIENTS

Each of you are required by law to respond within fourteen (14) days from receipt hereof; day received excluded.

This matter concerns a counterclaim against the parties named in the enclosed documents as and for injury and damages in the sum certain amount of double the amount taken from our accounts as and for injury and damages.

The sum certain amount of funds lieved and subsequently taken is One Million Two Hundred Twelve Eight Hundred Four dollars and forty-eight cents ($1,212,804.48) Thereby we are seeking Two Million Four Hundred Twenty-Five Thousand Six Hundred Eight dollars and ninty-six cents. These sums are to be collected from each of the parties namend in our Claim for Injury and Damages in both your corporate and personal capacity.

This is a serious matter and we are prepared to take this matter as far as we must in which to insure justice and recoupment of the funds taken without proper authority.

Each of you are required to respond to us by and through our assistant of counsel with whom we have a contract with to assist us in this instant matter. The court is also placed on notice of our claims for injury and damages in this instant matter.

Please be advised that your failure to respond within the time frame alloted to herein are subject to the judge being forced to rule against you by law.

We do hereby and herein reserve our right to correct any errors along the way in the interest of truth and justice.

Done by the light of day, this twentieth day of April in the year of our Lord two thousand twenty-six anno Domini.

Respectfully submitted, all rights reserved,
Without prejudice and without recourse.

*Richard Eugene Warren*

Richard Eugene Warren
First Rate Legal Consulting
FirstRateLegal@protonmail.com

page two of two

**First Rate Legal Consulting**
**151 Whitewood Road #2**
**Charlottesville, Virginia 22901**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 2633 4198 67

*Retail*



30303

**RDC 99**



U.S. POSTAGE PAID
FCM LG ENV
CHARLOTTESVILLE
VA 22906
APR 22, 2026
**$8.02**

S2324N507170-12

**UNITED STATES COURT**
**FOR THE ELEVENTH CIRCUIT**
**2211 United States Courthous**
**75 Tedv Turner Dr. SW**
**Atlanta Georgia 30303-3309**

CLEARED DATE
APR 28 2026
U.S. Marshals
Atlanta, GA 30303

CLEARED DATE
APR 28 2026
U.S. Marshals Se
Atlanta, GA 30303



 

**Richard Warren**